**FILED**

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0419

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 20-0419

_____

SOMERS PROPERTY, LLC.,
*Petitioners/Appellant,*

v.

SOMERS COUNTY WATER AND/OR SDEWER DISTRICT
*Respondent/Appellee,*

_____

On Appeal from the Montana First Judicial District Court, Flathead County
Honorable Heidi Ulbricht, Presiding
Cause No. DDV-2019-738C

_____

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

_____

Appellant Somers Property, LLC, having filed, on behalf of the Appellant, an Unopposed Motion for a 14-day Extension to file Appellant's Brief pursuant to M. R. App. P. 26(1), and good cause appearing therefor;

IT IS HEREBY ORDERED that the Appellant's motion is granted for a 14-day extension of time within which to file Appellant's brief through and including January 7, 2021.

Electronically signed and dated below.

**ORDER GRANTING UNOPPOSED MOTION
EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 10 2020